122 A.3d 1037

**LEHIGH VALLEY DUAL LANGUAGE CHARTER SCHOOL, Appellee**

v.

**BETHLEHEM AREA SCHOOL DISTRICT, Appellant.**

Supreme Court of Pennsylvania.

Sept. 28, 2015.

## ORDER

PER CURIAM

AND NOW, this 28th day of September, 2015, the Application to Dismiss is **GRANTED**.